KSC

ORIGINAL

MICHAEL JAY GREEN  4451
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
Email: michaeljgreen@hawaii.rr.com

GEORGE A. BURKE    7821
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
Email: gaburke@hawaii.rr.com

Attorneys for Plaintiffs
GLADYS KAPUWAI and
ESTELLE GREEN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 23 2012

at 7 o'clock and 10 min. A M
SUE BEITIA, CLERK

LODGED

JUL 11 2012    3:45 pm
vow

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GLADYS KAPUWAI and ESTELLE GREEN, <br><br>     Plaintiffs, <br><br>   vs. <br><br> PETCO ANIMAL SUPPLIES STORES, INC., <br>     Defendant. | CV NO. 12-00167 DAE-KSC <br><br> ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, DENYING DEFENDANT'S MOTION TO DISQUALIFY MICHAEL J. GREEN AS TRIAL COUNSEL, AND FINDING AND RECOMMENDING REMAND TO THE CIRCUIT COURT OF THE FIRST CIRCUIT, STATE OF HAWAII |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO
FILE FIRST AMENDED COMPLAINT, DENYING DEFENDANT'S
MOTION TO DISQUALIFY MICHAEL J. GREEN AS TRIAL COUNSEL,
AND FINDING AND RECOMMENDING REMAND TO THE
CIRCUIT COURT OF THE FIRST CIRCUIT, STATE OF HAWAII**

The matters having come before the Court on July 5, 2012, on Plaintiffs'

Motion for Leave to File First Amended Complaint to Add Defendants, filed June

15, 2012, and Defendant's Motion to Disqualify Michael J. Green as Trial

Counsel, filed May 4, 2012, in the above-referenced action, Michael Jay Green

appearing on behalf of Plaintiffs GLADYS KAPUWAI and ESTELLE GREEN,

and Steven M. Egesdal and Duane R. Miyashiro appearing on behalf of Defendant

PETCO ANIMAL SUPPLIES STORES, INC., and good cause appearing

therefore,

IT IS HEREBY ORDERED that:

1.      Plaintiffs' Motion for Leave to File First Amended Complaint to Add

Defendants is granted, said First Amended Complaint to be filed by July 12, 2012.

2.      Defendant's Motion to Disqualify Michael J. Green as Trial Counsel

is denied without prejudice.

FURTHERMORE, the Court finds and recommends that this matter be remanded to the Circuit Court of the First Circuit, State of Hawaii.

DATED: Honolulu, Hawaii, _____ JUL 2 0 2012 _____ .


_____
JUDGE OF THE ABOVE-ENTITLED COURT


APPROVED AS TO FORM:

_____
MICHAEL JAY GREEN
GEORGE BURKE
Attorneys for Plaintiffs

_____
STEVEN M. EGESDAL
DUANE R. MIYASHIRO
Attorneys for Defendant

Kapuwai, et al. v. Petco Animal Supplies Stores, Inc., CV No. 12-00167 DAE-KSC,
**Order Granting Plaintiffs' Motion for Leave to File First Amended Complaint to Add Defendants, Denying Defendant's Motion to Disqualify Michael J. Green as Trial Counsel, and Recommending Remand to the Circuit Court of the First Circuit, State of Hawaii**

3