IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GLADYS KAPUWAI and ESTELLE GREEN,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PETCO ANIMAL SUPPLIES STORES, INC. ,<br><br>          Defendant.<br>_____ | ) CIVIL 12-00167-DAE-KSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 23, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, DENYING DEFENDANT'S MOTION TO DISQUALIFY MICHAEL J. GREEN AS TRIAL COUNSEL, AND FINDING AND RECOMMENDING REMAND TO THE CIRCUIT COURT OF THE FIRST CIRCUIT, STATE OF HAWAII," document no. 36, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 10, 2012.



_____
David Alan Ezra
United States District Judge